**Order entered April 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01402-CR
No. 05-15-01403-CR

**LUIS CARLOS GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1475577-Q**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on April 22, 2016, is **ORDERED** filed as of the date of this order.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE